AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
District of _NEVADA_

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16-mj-00398-VCF |
| | ) | |
| FRANK LUO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Eastern District of California | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    June 3, 2016

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

_____
*Printed name and title*



___ FILED
___ ENTERED          ___ RECEIVED
                         ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

JUN - 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY